# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**956**

**CAF 11-01932**

PRESENT: SCUDDER, P.J., CENTRA, CARNI, SCONIERS, AND MARTOCHE, JJ.

---

IN THE MATTER OF NINA E. HAWTHORNE,
PETITIONER-APPELLANT,

                 V                               MEMORANDUM AND ORDER

JASON L. HALL, RESPONDENT-RESPONDENT.
(APPEAL NO. 3.)

---

CARA A. WALDMAN, FAIRPORT, FOR PETITIONER-APPELLANT.

CHARLES J. GREENBERG, BUFFALO, FOR RESPONDENT-RESPONDENT.

COURTNEY S. RADICK, ATTORNEY FOR THE CHILD, OSWEGO, FOR DECEMBER R.H.

---

    Appeal from an order of the Family Court, Oswego County (Bobette J. Morin, R.), entered August 25, 2011 in a proceeding pursuant to Family Court Act article 6.  The order dismissed the petition.

    It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

    Same Memorandum as in *Hall v Hawthorne* ([appeal No. 1] ___ AD3d ___ [Oct. 5, 2012]).

Entered:  October 5, 2012                       Frances E. Cafarell
                                              Clerk of the Court